**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6747**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JOSEPH EDWARDS MONROE, a/k/a Slim,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, Senior District Judge. (3:94-cr-00041-NKM-4)

Submitted: July 23, 2015        Decided: July 28, 2015

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joseph Edwards Monroe, Appellant Pro Se. Nancy Spodick Healey, Ronald Mitchell Huber, Assistant United States Attorneys, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Edwards Monroe appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Monroe, No. 3:94-cr-00041-NKM-4 (W.D. Va. April 6, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED